

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00016-CV

**UNIFIED HOUSING OF SENDERO RIDGE LLC**,
Appellant

v.

**BEXAR APPRAISAL DISTRICT**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-17016
Honorable Karen H. Pozza, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Sandee Bryan Marion, Justice

Delivered and Filed:  February 27, 2013.

DISMISSED

Appellant has filed a motion to dismiss this appeal.  The motion contains a certificate of service to appellee, which has not opposed the motion.  Therefore, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  Costs of the appeal are taxed against appellant.

PER CURIAM